COM.

v.

NUNNALLY, D.

1083 MDA 2016

Superior Court of Pennsylvania.

3/20/2017

CP–22–CR–0003944–2015
(Dauphin)

Affirmed

IN RE: M.B. and M.M.

Appeal of: A.B.

1762 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

Reargument Denied 4/12/2017

31–16–0025
31–16–0026
(Huntingdon)

Affirmed

COM.

v.

LEWIS, C.

1177 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–14–CR–0001403–2015
(Centre)

Affirmed

COM.

v.

LINEBURG, M.

113 WDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–02–CR–0001722–2012
CP–02–CR–0013718–2013
(Allegheny)

Affirmed